George Walter CARLISLE,
Jr., Appellant,

v.

ST. CHARLES COMMUNITY
COLLEGE, Appellee.

No. 10–2505.

United States Court of Appeals,
Eighth Circuit.

Submitted: Jan. 21, 2011.

Filed: Feb. 1, 2011.

George Walter Carlisle, Jr., St. Louis, MO, pro se.

Michelle H. Basi, Celynda L. Brasher, Tueth & Keeney, St. Louis, MO, for Appellee.

Before MELLOY, GRUENDER, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

George Carlisle, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment discrimination action against St. Charles Community

[1]. The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

College. This court lacks jurisdiction to review the summary judgment order because this appeal is untimely as to the final judgment, and Carlisle's post-judgment motion for relief from judgment was not filed in time to toll the time to appeal. *See Dill v. Gen. Am. Life Ins. Co.,* 525 F.3d 612, 619–20 (8th Cir.2008). This court finds no abuse of discretion in the district court's decision to deny the post-judgment motion. *See Arnold v. Wood,* 238 F.3d 992, 998 (8th Cir.2001) (standard of review).

Accordingly, we affirm.